DR. A. POSNER SHOES, INC., Appellant, v. SAMUEL POSNER and Another, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and

disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SCHUHLES PURE GRAPE JUICE COMPANY, INC., Respondent, v. JAMES C. DAVIS, Director-General of Railroads, as Agent (Central New England Railroad), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT GIBSON and Others, Appellants, v. THE QUICKSILVER MINING COMPANY, Impleaded with THE QUICKSILVER INVESTMENT COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.